**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO AMERICAN FLOOR SYSTEMS, INC. | : : : : | No. 2:24-mc-00070 |
| | : : | |
| UNDERLYING CASES: | : : | |
| UNITED STATES GYPSUM COMPANY, a Delaware corporation, | : : : | No. 1:22-cv-00268 |
| Plaintiff, | : : : | United States District Court for the Northern District of Illinois |
| v. | : : | Honorable Jeffery Cummings |
| DEPENDABLE LLC an Ohio limited liability company | : : : | Magistrate Judge M. David Weisman |
| Defendant. | : : : : | |
| DEPENDABLE, LLC Counter-Plaintiff, v. UNITED STATES GYSOUM COMPANY, Counter-Defendant. | : : : : : | |

**ORDER**

AND NOW, this __27th__ day of __November__, 2024, upon consideration of

American Floor Systems, Inc.'s Motion for Extension of Time to File Answer to United States

Gypsum Company's Motion to Compel Compliance With Third-Party Subpoena, and any

response thereto,

**IT IS HEREBY ORDERED** that American Floor Systems, Inc.'s Motion for Extension

of Time to File Answer to United States Gypsum Company's Motion to Compel Compliance

With Third-Party Subpoena is **GRANTED** and American Floor Systems, Inc. shall have until

January 28, 2025 to file an answer and brief in opposition to United States Gypsum Company's

Motion to Compel Compliance With Third-Party Subpoena.

BY THE COURT:

/s/ John M. Gallagher
_____
JOHN M. GALLAGHER
United States District Court Judge