**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO AMERICAN FLOOR SYSTEMS, INC. | No. 2:24-mc-00070 |
| UNDERLYING CASES: | |
| UNITED STATES GYPSUM COMPANY, a Delaware corporation, Plaintiff, | No. 1:22-cv-00268<br>United States District Court for the Northern District of Illinois |
| v. | Honorable Jeffery Cummings |
| DEPENDABLE LLC an Ohio limited liability company Defendant. | Magistrate Judge M. David Weisman |
| DEPENDABLE, LLC Counter-Plaintiff, v. UNITED STATES GYPSUM COMPANY, Counter-Defendant. | |

**AMERICAN FLOOR SYSTEMS, INC.'S CONSOLIDATED MOTION TO DISMISS AS MOOT UNITED STATES GYPSUM COMPANY'S MOTION TO COMPEL COMPLIANCE WITH THE THIRD-PARTY SUBPOENA DIRECTED TO AMERICAN FLOOR SYSTEMS, INC., MOTION TO QUASH, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER REGARDING UNITED STATES GYPSUM COMPANY'S THIRD-PARTY SUBPOENA ISSUED TO AFS ON DECEMBER 11, 2024, AND MOTION TO TRANSFER SUCH MOTION TO QUASH TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

American Floor Systems, Inc. ("AFS"), by and through its undersigned counsel, Venzie Construction Law, LLC, and pursuant to Federal Rules of Civil Procedure 26, 45(d)(3) and 45(f), hereby moves this Court to dismiss as moot United States Gypsum Company's ("USG") Motion to Compel Compliance with the Third-Party Subpoena Directed to American Floor Systems, Inc.

that was filed in this Court by USG on November 14, 2024, seeking to compel compliance with USG's third-party subpoena issued on July 22, 2024 to AFS ("USG's Motion to Compel"). AFS further moves the Court to quash or modify the third-party subpoena issued by USG to AFS on December 11, 2024, or, in the alternative, to enter a protective order to prevent USG from enforcing such subpoena (the "AFS Motion to Quash"). AFS also moves the Court to transfer the AFS Motion to Quash to the Underlying Cases pending in the United States District Court for the Northern District of Illinois under Rule 45(f) (the "AFS Motion to Transfer"). Concurrently herewith, AFS submits its memorandum in support of these consolidated Motions.

WHEREFORE, AFS respectfully requests that the Court dismiss USG's Motion to Compel as moot and enter an order transferring the AFS Motion to Quash to the Underlying Cases pending in the United States District Court for the Northen District of Illinois for adjudication.

VENZIE CONSTRUCTION LAW, LLC

Date: December 23, 2024

By: /s/ Jeffrey C. Venzie

JEFFREY C. VENZIE
I.D. No. 78216
jeff@venzielaw.com
600 Eagleview Boulevard, Suite 300
Exton, PA 19341
(T): (484) 359-7323

*Attorneys for American Floor Systems, Inc.*

**RULE 26(C)(1) CERTIFICATION**

I, Jeffrey C. Venzie, Esquire, counsel for American Floor Systems, Inc., certify that I conferred in good faith with USG's counsel, Siobhan K. Cole, Esquire, in an effort to resolve this dispute without court action.

Dated: December 23, 2024

/s/ *Jeffrey C. Venzie*
JEFFREY C. VENZIE