## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO AMERICAN FLOOR SYSTEMS, INC. | : : : : : | No. 2:24-mc-00070 |
| UNDERLYING CASES: | : : : | |
| UNITED STATES GYPSUM COMPANY, a Delaware corporation, | : : | No. 1:22-cv-00268 |
| Plaintiff, | : : | United States District Court for the Northern district of Illinois |
| v. | : : | Honorable Jeffery Cummings |
| DEPENDABLE LLC, an Ohio limited liability company, | : : | Magistrate Judge M. Davis Weisman |
| Defendant. | : : | |
| DEPENDABLE, LLC, Counter-Plaintiff, | : : : : | |
| v. | : : | |
| UNITED STATES GYPSUM COMPANY, Counter-Defendant. | : | |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMERICAN FLOOR SYSTEMS INC.'S CONSOLIDATED MOTION

Upon request of United States Gypsum Company ("USG") American Floor Systems, Inc.

("AFS") has consented and agreed to an extension of time for USG to respond to *American*

*Floor Systems, Inc.'s Consolidated Motion to Dismiss As Moot United States Gypsum*

*Company's Motion to Compel Compliance with the Third-Party Subpoena Directed to American*

*Floor Systems, Inc., Motion to Quash, or, in the Alternative, for a Protective Order Regarding*

*United States Gypsum Company's Third-Party Subpoena Issued to AFS on December 11, 2024,*

34201890v.1

*and Motion to Transfer Such Motion to Quash to the United States District Court for the*

*Northern District of Illinois* until January 8, 2025.

Respectfully Submitted,

VENZIE CONSTRUCTION LAW, LLC          WHITE AND WILLIAMS LLP


BY: /s/ Jeffrey C. Venzie                          BY: /s/ Siobhan K. Cole
Jeffrey C. Venzie, Esquire                          Siobhan K. Cole, Esquire
Attorney I.D. No. 78216                             Attorney I.D. No. 209234
600 Eagleview Blvd., Suite 300                      1650 Market Street
Exton, PA 19341                                     One Liberty Place, Suite 1800
Phone: 484.359.7323                                 Philadelphia, PA 19103
                                                    Phone: 215.864.6891

*Attorneys for American Floor Systems,*
*Inc.*                                              *Attorneys for United States Gypsum*
                                                    *Company*


Dated:  January 6, 2025




**IT IS SO ORDERED**, this 6th day of January, 2025,

BY THE COURT:


*/s/ John M. Gallagher*
_____
JOHN M. GALLAGHER
United States District Court Judge

-2-