**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO AMERICAN FLOOR SYSTEMS, INC. | : | No. 2:24-mc-00070 |

UNDERLYING CASES:

| | | |
|---|---|---|
| UNITED STATES GYPSUM COMPANY, | : | No. 1:22-cv-00268 |
| a Delaware corporation, | : | |
| Plaintiff, | : | United States District Court for the |
| v. | : | Northern District of Illinois |
| DEPENDABLE LLC, | : | |
| an Ohio limited liability company, | : | Honorable Jeffery Cummings |
| Defendant. | : | Magistrate Judge M. Davis Weisman |

DEPENDABLE, LLC, :
Counter-Plaintiff,
v.
UNITED STATES GYPSUM COMPANY,
Counter-Defendant.

## ORDER

**AND NOW**, this 22nd day of April, 2026, upon consideration of United States Gypsum Company's Motion to Compel Compliance With the Third-Party Subpoena Directed to American Floor Systems, Inc. ("Motion to Compel") (ECF No. 1), American Floor Systems, Inc.'s Consolidated Motion to Dismiss as Moot United States Gypsum Company's Motion to Compel, Motion to Quash, Or, In the Alternative, For a Protective Order Regarding United States Gypsum Company's Third-Party Subpoena Issued on December 11, 2024, and Motion to Transfer Such Motion to Quash to the United States District Court for the Northern District of Illinois ("AFS's Consolidated Motion") (ECF No. 4), and United States Gypsum Company's Rule 45(f) Motion to Transfer Its Motion to Compel and American Floor System's Motion to Quash to the Northern

District of Illinois ("USGC's Transfer Motion") (ECF No. 7), **IT IS HEREBY ORDERED** as follows:

1. The Motion to Transfer (ECF No. 7) is **GRANTED**.

2. The Motion to Compel (ECF No. 1) and AFS's Consolidated Motion (ECF No. 4) are **TRANSFERRED** to the Northern District of Illinois.

3. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge